| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | DANIEL P. TALBERT (SBN OH 0084088)<br>    Special Assistant United States Attorney |
| 5 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone:   (415) 436-7200<br>Fax:         (415) 436-7234 |
| 7 | E-Mail:      Daniel.Talbert@usdoj.gov |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR 13-00586 MAG |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO EXCLUDE TIME BETWEEN** |
| | ) | **SEPTEMBER 18, 2013, AND OCTOBER** |
| MARIA LUISA CARANDANG, | ) | **15, 2013** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, MARIA LUISA CARANDANG, represented by EDWARD HU, Assistant Federal Public Defender, and the government, represented by DANIEL P. TALBERT, Special Assistant United States Attorney, stipulate that time should be excluded from September 18, 2013, to October 15, 2013 from the Speedy Trial Clock.

The parties appeared before the Court on September 18, 2013. The parties jointly requested to appear before the Court on October 15, 2013 for a status conference. Based on the parties' request, the matter was continued to October 15, 2013 at 11:00 am before Judge Laporte.

The parties now jointly request that time be excluded from the Speedy Trial Clock from September 18, 2013, to October 15, 2013. The parties request that time be excluded based upon the

STIP. TO EXCLUDE TIME, CR 13-00586 MAG

1

need for effective preparation of counsels, pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv). The parties are attempting to negotiate a possible resolution of this matter.

DATED: September 18, 2013              Respectfully submitted,

                                                 MELINDA HAAG
                                                 United States Attorney

                                           By *s/ Daniel P. Talbert*
                                              DANIEL P. TALBERT
                                              Special Assistant U.S. Attorney

DATED: September 18, 2013              BY   *s/ Edward Hu*
                                                     EDWARD HU
                                                     Assistant Federal Public Defender
                                                     (as authorized by email)

STIP. TO EXCLUDE TIME, CR 13-00586 MAG

2

[PROPOSED] ORDER

Based upon the representations of counsels and for good cause shown, the Court finds that failing to exclude the time between September 18, 2013, and October 15, 2013 would unreasonably deny counsels the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between September 18, 2013, and October 15, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between September 18, 2013, and October 15, 2013 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 10/7/13

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

STIP. TO EXCLUDE TIME, CR 13-00586 MAG
3