MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DANIEL P. TALBERT (SBN OH 0084088)
     Special Assistant United States Attorney
     450 Golden Gate Ave., Box 36055
     San Francisco, California 94102
     Telephone:   (415) 436-7200
     Fax:          (415) 436-7234
     E-Mail:     Daniel.Talbert@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>MARIA LUISA CARANDANG,<br><br>                Defendant. | Case No.: CR 13-00586 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME BETWEEN OCTOBER 15, 2013, AND OCTOBER 22, 2013** |

The defendant, MARIA LUISA CARANDANG, represented by EDWARD HU, Assistant Federal Public Defender, and the government, represented by DANIEL P. TALBERT, Special Assistant United States Attorney, stipulate that time should be excluded from October 15, 2013, to October 22, 2013 from the Speedy Trial Clock. Carandang is charged with a Class A Misdemeanor. Although certain misdemeanors are not subject to the Speedy Trial Act, a Class A Misdemeanor does fall under the Speedy Trial Act requirements. *See* 18 U.S.C. § 3172(2) (2013); *United States v. Boyd*, 214 F.3d 1052 (9th Cir. 2000).

The parties appeared before the Court on September 18, 2013. The parties jointly requested to appear before the Court on October 15, 2013 for a status conference. Based on the parties' request, the

STIP. TO EXCLUDE TIME, CR 13-00586 EDL

1

1 matter was continued to October 15, 2013 at 11:00 am before Judge Laporte. Judge Laporte

2 subsequently ordered the time until October 15, 2013, excluded from the Speedy Trial Clock. The status

3 conference has now been reset for October 22, 2013, and therefore the parties request that the time

4 between October 15, 2013, and October 22, 2013, be excluded from the Speedy Trial Clock.

5     The parties request that time be excluded based upon the need for effective preparation of

6 counsels, pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv). The parties are attempting

7 to negotiate a possible resolution of this matter.

8 DATED:     October 8, 2013         Respectfully submitted,

9                 MELINDA HAAG
    United States Attorney

10

11     By *s/ Daniel P. Talbert*
    DANIEL P. TALBERT

12     Special Assistant U.S. Attorney

13

14 DATED:     October 8, 2013     BY   *s/ Edward Hu*
    EDWARD HU

15     Assistant Federal Public Defender

16     (as authorized by email)

STIP. TO EXCLUDE TIME, CR 13-00586 EDL

2

1                               [PROPOSED] ORDER

2          Based upon the representations of counsels and for good cause shown, the Court finds that

3   failing to exclude the time between October 15, 2013, and October 22, 2013 would unreasonably deny

4   counsels the reasonable time necessary for effective preparation, taking into account the exercise of due

5   diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by

6   excluding the time between October 15, 2013, and October 22, 2013 from computation under the

7   Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore,

8   IT IS HEREBY ORDERED that the time between October 15, 2013, and October 22, 2013 shall be

9   excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

10

11  DATED: 10/9/13 _____

                                          _____
12                                        HON. ELIZABETH D. LAPORTE
                                          United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  STIP. TO EXCLUDE TIME, CR 13-00586 EDL
                                          3
28