STEVEN G. KALAR
Federal Public Defender
EDWARD J. HU (CABN: 260421)
Assistant Federal Public Defender
450 Golden Gate Avenue - 19th Fl.
San Francisco, CA 94102
Tel.: (415) 436-7700
Fax: (415) 436-7706
Email: edward.hu@fd.org

Counsel for Maria Luisa Carandang

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-586 EDL |
| | ) | |
| Plaintiff, | ) | STIPULATION & ORDER TO |
| | ) | CONTINUE SENTENCING HEARING |
| v. | ) | FROM JAN. 28, 2014 TO FEB. 11, 2014. |
| | ) | |
| MARIA LUISA CARANDANG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**I.   INTRODUCTION**

On October 22, 2013, Ms. Maria Luisa Carandang, defendant in the above titled action, entered a guilty plea to a one count information of Theft of Government Property in Violation of 18 U.S.C. § 641, in relation to the receipt of social security benefits. Ms. Carandang is out of custody and the parties have agreed upon a joint resolution of three years of probation, as indicated in the plea agreement, filed with the court on or about October 22, 2013.

Due to scheduling difficulties between Mr. Hu (AFPD), Ms. Nero (U.S. Probation), and Ms. Carandang for the presentence investigation and the drafting of the report, and with the agreement of the government, by and through Special United States Attorney, Daniel P. Talbert, the parties hereby stipulate to and request the court continue sentencing from January 28, 2014 at

*CARANDANG* - STIP TO CONT SENT'G
(CR 13-586 EDL)

1 | 9:30 a.m. to February 11, 2014 at 9:30 a.m.

4 | **Dated**: Nov 27, 2013            /s/
                                        EDWARD J. HU
                                        Assistant Federal Public Defender

6 | **Dated**: Nov 27, 2013            /s/
                                        DANIEL P. TALBERT
                                        Special Assistant United States Attorney

## ORDER

Upon stipulation of the parties and good cause being found, it is hereby ordered that the sentencing hearing, presently set for January 28, 2014 at 9:30 a.m. be continued to February 11, 2014 at 9:30 a.m.

DATED: _12/2/13

Elizabeth D. Laporte
United States Magistrate Judge

*CARANDANG* - STIP TO CONT SENT'G
(CR 13-586 EDL)                    2