MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DANIEL P. TALBERT (SBN OH 0084088)
Special Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax:  (415) 436-7234
    E-Mail:  Daniel.Talbert@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MARIA LUISA CARANDANG, ) <br> ) <br> Defendant. ) <br> ) | Case No.: CR 13-00586 EDL <br> STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY CONDITIONS OF PROBATION AND RESTITUTION |

The defendant, MARIA LUISA CARANDANG, represented by Edward Hu, Assistant Federal Public Defender, and the government, represented by Daniel Talbert, Special Assistant United States Attorney, stipulate to the following conditions to be added to the defendant's sentence in addition to those set forth by the Court on March 12, 2014:

1. The defendant shall cooperate in the collection of DNA as directed by the probation officer;

2. The defendant shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons;

3. The interest requirement is waived for the restitution ordered.

STIP. TO MODIFY SENTENCE, 13 CR-00586 EDL

1

1  Dated: March 17, 2014                                      Respectfully submitted,

2                                                             MELINDA HAAG
3                                                             United States Attorney

4                                                             *s/ Daniel P. Talbert*
                                                              DANIEL P. TALBERT
5                                                             Special Assistant United States Attorney

6
7  Dated: March 17, 2014                              BY   *s/ Daniel P. Talbert for Edward Hu*
                                                              EDWARD HU
8                                                             Assistant Federal Public Defender
                                                              (as authorized by email)

9  //
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 STIP. TO MODIFY SENTENCE, 13 CR-00586 EDL
28
                                             2

[PROPOSED] ORDER

Based upon the representations of counsels and for good cause shown, the Court modifies the defendant's sentence as follows:

1. The defendant shall cooperate in the collection of DNA as directed by the probation officer;
2. The defendant shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons;
3. The interest requirement is waived for the restitution ordered.

DATED: March 17, 2014

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

STIP. TO MODIFY SENTENCE, 13 CR-00586 EDL

3